AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KENNETH ZUAMS CHUNGAG | )    Case No.  1:26-mj-102 |
| and | ) |
| MERCY AKWI OMBAKU, | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2020 through April 2024___ in the county of ___Fairfax___ in the ___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339A | Conspiracy to provide material support and resources knowing they are to be used in preparation for, or in carrying out, a violation of 18 U.S.C. § 956(a) (conspiracy to kill, kidnap, and maim persons in a foreign country) |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

NICHOLAS DURHAM
Digitally signed by NICHOLAS DURHAM
Date: 2026.04.06 11:51:02 -04'00'

Reviewed by AUSA/SAUSA:

AUSA Nicholas A. Durham

Digitally signed by Mohammed Aizaz Tareen
Date: 2026.04.06 11:46:08 -04'00'

*Complainant's signature*

Special Agent Mohammed Aizaz Tareen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    4/9/2026

*Judge's signature*

City and state:    Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*