IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH ZUAMS CHUNGAG,<br><br>&<br><br>MERCY AKWI OMBAKU,<br><br>Defendants. | Case No. 1:26-mj-102 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Mohammed Aizaz Tareen, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2022. Since joining the FBI, I have been assigned to the Washington Field Office's Joint Terrorism Task Force. In this role, I routinely investigate both designated Foreign Terrorist Organizations and undesignated terrorist groups and their use of electronic communications, social media websites, and money service businesses to raise funds, radicalize followers, and plan operational activities. I am trained and experienced in the preparation, presentation, and service of criminal complaints, and arrest and search warrants in counterterrorism investigations. Prior to joining the FBI, I was a Special Agent with the Diplomatic Security Service, where I conducted counterterrorism and threat intelligence investigations at U.S. Embassies in Niger, Jordan, Afghanistan, and the Democratic Republic of Congo.

1

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant for KENNETH ZUAMS CHUNGAG ("CHUNGAG") and MERCY AKWI OMBAKU ("OMBAKU"). Based on my training and experience, and the facts set forth in this affidavit, I submit there is probable cause to believe that CHUNGAG and OMBAKU did knowingly conspire with each other and with others to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), namely, by providing personnel (to include themselves), property (including currency and monetary instruments), financial services, training, and expert advice, knowing and intending that they were to be used in preparation for and in carrying out violations of Title 18, United States Code, Section 956(a) (conspiracy to kill, kidnap, maim, or injure persons), all in violation of Title 18, United States Code, Section 2339A.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and criminal complaint and does not set forth all my knowledge about this matter. The facts in this affidavit come from my review of (a) records and reports relating to this matter; (b) communications recovered during the investigation; (c) information relayed to me by other agents and law enforcement officials; (d) information otherwise obtained by credible and reliable sources; (e) information derived from my training and experience as a Special Agent; and (f) reliable open sources, especially as to the context and history of the conflict in Cameroon. When I write that an event occurred on a specific date or in a specific month, I mean to convey that the event occurred "on or about" that date or month.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4.      This part is divided into three sections. Firstly, your Affiant provides background on the Anglophone Crisis in Cameroon and the Ambazonia Defense Forces ("ADF"). Secondly, your Affiant lays out the material support that CHUNGAG conspired with OMBAKU and others to provide through his participation in planning attack strategy, his sharing of military training,

2

and his financial donations. Thirdly, your Affiant lays out the material support that OMBAKU conspired with CHUNGAG and others to provide through her participation in fundraising activities, her financial services, and her expert advice in her capacity as Treasurer of the U.S. Mission for the ADF's parent organization, the Ambazonia Governing Council.

### *Cameroon and the Anglophone Crisis*

5.      Cameroon, officially the Republic of Cameroon, is a country in Central Africa. Cameroon has a population of approximately 31 million people, who speak 250 different native languages, in addition to the national languages of English and French. The United States and Cameroon maintain diplomatic relations and are at peace, although the United States, at times, has sanctioned or castigated Cameroon for human rights abuses, especially in relation to the Anglophone Crisis.

6.      Cameroon, as shown below, is divided into ten regions. Within the ten regions, there are 58 divisions, which are often called departments or states. The Northwest and Southwest Regions of Cameroon – circled in the map below – were formerly colonized by the United Kingdom and predominately speak English as a result. This region is known as Anglophone Cameroon. The remaining eight regions of Cameroon were formerly colonized by the French and predominately speak French to this day.

3



7.      The Anglophone Crisis, which some call the Ambazonia War, is an ongoing struggle centered in the Northwest and Southwest Regions of Cameroon. Anglophone separatists are engaged in a violent uprising against the Francophone Cameroonian government seeking independence for their two regions. Meanwhile, the Francophone forces continue their efforts to abolish the guerilla movement in Anglophone Cameroon. Ambazonia is the name of the so-called nation-state proclaimed by the Anglophone separatists, which is tantamount to the Northwest and Southwest Regions.

### *History of Tensions Between Anglophone and Francophone Cameroonians Led to the Formation of the Ambazonia Defense Forces ("ADF")*

8.      The present-day Anglophone Crisis began in 2016 but stems from grievances present since the founding of Cameroon. After World War I, the League of Nations split the German colony of Kamerun in two. France would oversee about 80% of the region, while the United Kingdom would oversee the smaller northern section, which consisted of about 20% of territory. In 1960, the Francophone region gained independence as the Republic of Cameroun. In 1961, the Anglophone Regions voted in a referendum with the choice of either joining the

4

Francophone Republic or the newly independent Anglophone Nigeria. Northern Cameroonians chose the latter and Southern Cameroonians officially joined the Republic of Cameroun to form the bilingual Federalist Republic of Cameroon.

9.      However, eleven years later, a nation-wide referendum restructured the government from a federalist structure to a unitary state under Francophone majority rule. Then, in 1984, a Constitutional amendment formally changed the name of the state to the Republic of Cameroon. Due, in part, to these changes, relations between the Northwest and Southwest regions and the rest of the French-speaking country remained tumultuous for the next 25 years. Perceptions of political, social, and economic bias against English-speakers fueled protests, strikes, and, at times, civil unrest. Cameroonian security forces often responded to these protests with violence. The protestors often responded violently as well.

10.      In 2016, the crisis reached a new phase. In response to the passage of a new law instituting the French language in all schools and courts, Anglophone Cameroonians organized street demonstrations. The government violently put down the protests, killing at least four people. Over the next year, between October 2016 and October 2017, at least nine people were killed and scores injured, with at least 20 people shot and over 500 arrested in just one incident in October 2017. This action prompted several Anglophone groups to pursue permanent changes to the relationship between the Northwest and Southwest Regions of Cameroon and the rest of the country. Some advocated for a new federal arrangement, others called for mediated independence, while others promoted armed resistance to, and succession from, Francophone Cameroon.

11.      In 2017, an attempt at dialogue and mediation failed, leading to increased violence in Anglophone Cameroon. Due to this, a greater number of Cameroonians became internally displaced or emigrated abroad. The internal conflict also garnered greater international attention.

In 2017, more than 13,000 Anglophone Cameroonians living in Maryland protested the Francophone government's crackdown and many started lobbying the United States government to step in. While the United States condemned the Anglophone crackdown and violence on both sides, it never directly intervened.

12.    By September 2017, with growing support flowing in from the Anglophone Cameroonian diaspora, more and more Anglophone separatist movements began to advocate for the complete independence of "Ambazonia." One such group calls itself the Ambazonia Governing Council ("AGovC"). On September 9, 2017, the so-called AGovC announced the creation of a fighting force, the so-called Ambazonia Defense Forces ("ADF"), and purported to declare a "war" of independence for Ambazonia. While the AGovC was established in 2013 as an independence movement, by 2017 it began its guerilla campaign in the Northwest and Southwest Regions of Cameroon.

### *The ADF Promotes Violence, Including Against Cameroonian Civilians*

13.    The self-proclaimed separatists, for their part, have committed numerous acts of violence against suspected Francophone sympathizers, including those in the Northwest and Southwest regions, as well as local authorities, schools, critical infrastructure, traditional leaders, and local residents. Further, as these self-described separatist groups remain loosely organized, fragmented, and numerous, it is often difficult to attribute human rights violations to any one separatist group.

14.    That said, according to open-source information, the ADF has been accused by nongovernmental organizations and human rights activists of murder, kidnapping, and other war crimes to achieve its goals. For example, on October 4, 2023, two civilians were publicly executed in Guzang, a town in the Northwest region. The civilians were accused by the ADF of being spies,

6

and on October 8, 2023, then-ADF spokesman told Human Rights Watch that the ADF was responsible for the killings.

15.     According to the ADF's promotional materials, publicly available on the AGovC website, the ADF claims:

> The ADF has been defending the Ambazonia homeland from French Cameroon terrorist soldiers. A 7500 man strong combat guerillas with a mixture of urban warfare capabilities. The ADF is a heavily equipped military organization with several combatants using heavy military gears, Automatic Assault Riffles[1] and IDEs across the 13 states of Ambazonia. […] The ADF utilizes Rapid Guerilla Tactics to prevent the Cameroonian government from projecting power in Ambazonia. The ADF aims to raise the cost of Cameroon's illegal occupation and terrorizing military presence higher than the profits the country gets from Ambazonia.



*Photo of ADF fighters from the AGovC website*

16.     Members of the AGovC and ADF include individuals living within Cameroon and abroad. Upon information and belief, their primary means of communication with each other for the purpose of strategizing, fundraising, and mobilizing fighters is through groups created on a particular electronic communications messaging platform. To support the fighters on the ground in Cameroon, the ADF members living abroad mostly focus on developing strategies and operations for the fighters, along with fundraising for the fighters' procurement of weapons.

---

[1] All errors are in the original quotations unless otherwise noted.

7

*ADF Leadership*

17.    A review of the available evidence reveals a clear organizational structure for the AGovC. At the top of the organization is Norway-based Commander-in-Chief and Co-Conspirator-1 ("CC-1").[2] Branching off the AGovC but still falling under the direction and control of CC-1 is the ADF. The head of the ADF was, until recently, Benedict Kuah ("Kuah"), who is also referred to as the "Defense Chairman" or "Defchair" by members.

18.    CC-1 was arrested on September 24, 2024, in Norway and charged with incitement of crimes against humanity. Following CC-1's arrest, the Ireland-based AGovC vice president became the interim leader. Similarly, on September 4, 2025, Kuah was charged in the District of Minnesota, along with co-defendant Pascal Kikishy Wongbi, in an eight-count indictment. *See* Case No. 0:25-cr-338. Kuah was charged with conspiracy to kill, kidnap, maim or injure persons in a foreign country, and conspiracy to provide material support or resources, in violation of 18 U.S.C. §§ 956(a) and 2339A, amongst other charges, in connection with his leadership of the ADF.

19.    Under CC-1 and Kuah's leadership, the AGovC and ADF maintained a hierarchical structure, that involved AGovC missions in various countries, including but not limited to the United States, South Africa, the United Kingdom, Ireland, and Canada. Each of these missions typically has a chairperson. While the AGovC promotes itself as a political body, as described in this affidavit, the AGovC has become inextricably linked with the ADF. Specifically, the ADF serves as the brute force mechanism for implementing AGovC goals of independence for Ambazonia.

---

[2] The references to co-conspirators are not always in numerical order because there are other conspirators not directly involved in this particular case and the numbering has been kept consistent across jurisdictions.

8

## KENNETH CHUNGAG CONSPIRED WITH ADF LEADERSHIP TO PROVIDE MATERIAL SUPPORT TO ADF FIGHTERS TO INJURE, KILL, AND KIDNAP CIVILIANS

20.    CHUNGAG is 55 years-old, was born in Cameroon, and became a naturalized United States citizen in 2003. CHUNGAG is a Major in the United States Army and currently stationed and living in Fort Belvoir, Virginia, serving as a Registered Nurse at a hospital located at Fort Belvoir.

21.    Throughout his time with the Army, CHUNGAG completed several trainings offered by the Army during which he was taught military strategies and tactics. For example, on April 6, 2000, CHUNGAG successfully completed a Basic Combat Training course in Fort Benning, GA. Basic Combat Training courses typically cover weapons training (including handling rifles, marksmanship, and live-fire exercises), tactical maneuvers (including movement techniques, formations and battlefield strategies), first aid and emergency medical response in combat, and land and terrain navigation. In October- November 2007, CHUNGAG completed the Antiterrorism Level 1 Awareness Training, which covers topics such as terrorist threat recognition, hostage scenarios, improvised explosive devices (IEDs), and safety in dangerous situations. He also successfully completed the AMEDD Officer Basic Course, which covered general military training, field training exercises, and principles of battlefield medicine and medical operations. In December 2022, CHUNGAG completed 40 hours of an Antiterrorism Officer Basic Course and the Antiterrorism Officer Level II training course. These courses covered tactics and strategies of terrorist group operations, hostage-taking and survival techniques, terrorist uses of weapons of mass destruction and countermeasures, active shooter and insider threat awareness, antiterrorism

planning considerations, and case study incidents like the bombing of the Khobar Towers and the attack on the USS Cole.

22.    On September 26, 2024, the FBI executed a search warrant on the person of CHUNGAG, his clothing and personal belongings, and bags within his immediate vicinity and control. During the execution of the search warrant, FBI agents seized his cellphone, which he identified as his personal cellphone. As explained more in detail below, although CHUNGAG's personal cellphone was seized and searched by federal authorities, the conversations referenced in this affidavit were extracted from Kuah's and OMBAKU's cellular phones.[3] CHUNGAG also consented to a voluntary interview with the FBI, as discussed more below.

### *CHUNGAG Used His Training and Experience in the U.S. Military when Conspiring to Provide Training and Advice to ADF Leadership and Fighters*

23.    The investigation revealed that on April 2, 2020, CHUNGAG, while stationed and living at Fort Meade, Maryland, first expressed his interest in assisting members of the ADF with their mission by sending a private electronic communications message to a contact whom CHUNGAG believed to be an ADF member. CHUNGAG wrote:

> "…this is comrade KC[4]. Major US Army. I'm at Fort Meade, not too far from NSA headquarters here in Maryland. Please inform ADF hierarchy to prevent massive deployment of their best troops at Kugwe. There is intelligence that LRC[5] May use this opportunity to [bomb][6] or gas that area. Note."[7]

---

[3] On September 24, 2024, a federal search warrant was executed on Kuah's residence, wherein his mobile phone was seized and searched. A review of Kuah's cellphone revealed that CHUNGAG participated in 14 group chats that included Kuah and other members of ADF leadership.

[4] Based on my experience with this investigation, I know that CHUNGAG refers to himself, and is often referred to by other ADF members, as "KC."

[5] LRC is a common acronym used to refer to La République du Cameroun. Members of the AGovC and ADF often refer to the government of Cameroon and its associates and/or sympathizers as "LRC".

[6] In the instant message, CHUNGAG actually stated "bump." However, in a later message to the contact, CHUNGAG clarified that he meant "bomb" instead of "bump".

[7] All quotations are exact, to include any spelling or grammatical errors. Due to the myriad spelling errors, a "[sic]" will be inserted sparingly where your Affiant believes the misspelling is material.

10

24.    CHUNGAG attached the following picture of himself wearing his military uniform to the above-referenced message:



25.    On July 25, 2020, CHUNGAG sent an electronic communications message to Kuah, introducing himself and explaining what he could offer the ADF. CHUNGAG's message states: "My expertise on military strategy will help a lot in this Revolution and with your strategy in our present war. My name is KC Chungag, graduate Ft. Benning infantry college, fought in Iraq and presently a Major at Ft. Meade, MD."

26.    Upon information and belief, while CHUNGAG repeatedly purported to serve in a combat or military strategist role with the U.S. army, in fact he never served with the Army in Iraq or in any front. CHUNGAG always served as a registered nurse not focused on military operations or strategy.

11

27.     By November 23, 2020, CHUNGAG was one of six people who had joined an electronic communications group chat called "OCCUPATION FORCE MAPPING." The group included, among others, Kuah, another individual identified as the "Intel Chief," as well as the then-spokesperson for the ADF. The focus of this select group was to create a map of known Government of Cameroon (or LRC) positions throughout the Anglophone Regions of Cameroon, with a goal of having "military minds . . . help [design] attacks that will help [ADF] forces on the ground be more effective and devastating."

28.     The day after he joined, on November 24, 2020, in discussing strategies for developing intelligence, CHUNGAG suggested that the ADF would benefit from utilizing paid female informants:

> "I was looking at other Revolution around the world it will be good for us to hired some paid female informats in each LGA as our eyes and ears. Monthly token will go a long way."

29.     On January 11, 2021, in the same group, CHUNGAG addressed Kuah and suggested targeting a public area filled with Cameroonian civilians: "Defchair the target should be Bongo Square. 90% of the populations are LRC origin." Open-source searches for "Bongo Square" reveal a Bongo Square in Buea, Cameroon. Buea is an Anglophone city and the capital of the Southwest Region, and is less than 50 miles from Douala, Cameroon's largest city and commercial center. The square does not appear to have any connection to the Cameroonian military, and is surrounded by a supermarket, local businesses, and cafés/bars. On May 20, 2023, the ADF claimed credit for an improvised explosive device attack in Bongo Square.

30.     On February 5, 2021, in a separate group chat entitled "DEFCHAIR ADVISORY COUNCIL" ("DEFCHAIR"), consisting of 28 members, including senior leadership of the ADF,

12

CHUNGAG highlighted the need for ADF operations to "focus more on supply routes" and to utilize "guerilla tactics" against the Cameroonian government.

31.     On March 18, 2021, CHUNGAG provided a diagram to the DEFCHAIR group which illustrates the proper way to clear a malfunction on M16A2 assault rifle:



32.     Additionally, CHUNGAG sent the group a slide explaining the acronym SALUTE, which represents strategies used by the U.S. Army to locate and identify enemy targets in the field.

13

This slide is used as part of the United States Army's Infantry Officer's Course and bears the following markings in the bottom-right corner: "TSP 301-371-1000, Phase II, OCS"[8]:

33.    On May 20, 2021, in the DEFCHAIR group chat, CHUNGAG justified the killing of innocent children and other civilians in referring to them as "collateral damage":

> CC-12: "The Geneva Conventions on War does not apply only to Ambazonians…I believe in tooth for tooth. I believe in the strategy of escalating a situation in order to force the arbitrator to step in and solve the situation. When LRC kill our children or students, we should also retaliate with the same action. Select a corresponding

---

[8] Publicly available information indicates that "TSP 301-371-1000" relates to a sub-section of Subject Area 17 of the June 2009 U.S. Army Soldier's Manual of Common Tasks ("SMCT") Warrior Skills Level 1 publication. The SMCT is an unclassified publication. The sub-section is titled "Report Intelligence Information." Included in this subsection is an explanation of the SALUTE acronym. The following caveat is visible on the front cover of the publication: "Approved for public release; distribution unlimited."

14

number of francophones students in the schools in our territory and delete…we need to target houses and businesses in our territory and destroy as they do ours."

CC-13: "There is no way we can hit Cameroon without civilian casualties."

CHUNGAG: "We should never tell LRC our plans especially when it comes to collateral damage."

CC-12: "Great point. We should only act [and] stop telling them what we intend to do. LRC doesn't have monopoly of the killing of civilians with impunity."

34.    On October 8, 2021, after authorizing a planned ADF attack using rocket propelled grenades and explosives against LRC military targets, dubbed "Operation Hammer Blow" ("Hammer Blow"),[9] Kuah informed CHUNGAG: "You are the technical advisor for this mission comrade." This message was immediately followed by another message from Kuah stating: "Highly classified."[10] Kuah then shared instructions with CHUNGAG to facilitate funding for Hammer Blow: "KC do you use [domestic money transfer application 1] if so you can send to [CC-11] if not then please can you use [a different domestic money transfer application 2] to Mercy and put attention [CC-11] so she might collect immediately." CHUNGAG responded with the following: "I don't have [domestic money transfer application 1]. I will request [CC-11] [use domestic money transfer application 2] ok."

35.    Based on my training and experience, I know that the "Mercy" Kuah is referring to in the preceding message is OMBAKU, who acted as Treasurer for the U.S. Mission to the AGovC/ADF. Legal process reveals that on October 8, 2021, the same day as the messages, CHUNGAG sent $500 via a domestic money transfer application to a "mercy ombaku" account,

---

[9] As explained in Youtube videos produced by ADF leadership, Operation Hammer Blow involved an attack by ADF fighters on a barracks housing LRC soldiers and/or police. Open-source reporting highlighted the ADF attack as one against a "military post" near Bamenda, leaving "at least ten dead."

[10] This, and other references, is not to your Affiant's knowledge, a reference to information classified pursuant to Executive Order 13526 (2009), codified at 15 C.F.R. § 4a.1 et seq. (2025) (accessed on Dec. 1, 2025).

15

which belongs to OMBAKU. Additionally, a review of private electronic communications between CHUNGAG and OMBAKU confirmed the payment.

36.    After the attack, on December 5, 2021, CHUNGAG sent a private electronic communications message to Kuah stating the following: "Congratulations DefChair for the good news this morning as we wake up from sleep." On December 6, 2021, Kuah transmitted three messages to CHUNGAG, each containing a video depicting individuals firing automatic weapons during what appears to be a combat operation. Immediately following transmission of the videos, Kuah sent the following message:

> "This is highly classified. Highly classified. I am forwarding you this because you were the military advisor on standby for operation hammer blow. I want you to breakdown the videos tactically in the things done right and the wrong things you see and what they should do next time."

37.    In response CHUNGAG sent two messages: "Ok count on me ok" and "This is called AAR or After Action Review."

38.    On December 10, 2021, writing in the DEFCHAIR group chat, Kuah sent the following:

> "Operations continue in Bamenda? today. Comrade KC you were the military advisor for Operation Hammer Blow that unfolded last weekend. I don't know how far you have gone with the after actions review. I know our guys have been in operations constantly in Bamenda since then, but some of your initial analysis may help them right now."

39.    In response, CHUNGAG wrote: "DefChair good day. We should meet today. What's the best time." Kuah replied: "Everything being equal that events don't overtake I should be free 7 central."

### CHUNGAG is Initiated into ADF War Council as Chief of Defense Operations.

40.    On December 11, 2021, CHUNGAG requested that Kuah initiate CHUNGAG into the ADF War Council. In that direct electronic communication, CHUNGAG said: "I will like to

16

officially request from you and leadership to be a member of the defense council. I think my counsel and services are needed for a emancipation of our homeland."

41.    Pursuant to CHUNGAG's request, senior leadership of the ADF held a meeting and voted to initiate CHUNGAG into the ranks of the ADF. On April 16, 2022, communicating in a 13-person group chat initially named "Defense Strategic Gr.," and later changed to "Defense Operations Com.," CHUNGAG sent an audio message in which he stated "thank you very much for bringing me in." In response, Kuah transmitted an audio message in which he stated that CHUNGAG had been "initiated in the War Council" and was the "Chief of Defense Operations" for the ADF. KUAH then initiated a group call which lasted for an unspecified duration, which was followed by another group call initiated by CHUNGAG on the same day.

42.    In his new role, CHUNGAG continued to advise ADF members by drawing on his military expertise. On September 21, 2022, CHUNGAG directly advised Kuah that the ADF should target basic infrastructure and create sleeper cells:

> Good morning, Sir. I have been thinking and pondering for how long will this war continues. This is my stake. I think we should start hitting grid and electric lines, generators, towers in remote areas and bridges all in French Cameroon. If not Yaounde will never come to the negotiating table. How do we do this creating slipper cells with negotiable settlement for each work accomplished. KC

43.    A few weeks later, on October 1, 2022, CHUNGAG again messaged Kuah, advising on the need to conduct "economic sabotage": "Let's rethink our strategy [to] invest on IEDs and Real Pops. Then embark on economic sabotage inside LRC with goodies given to any successful mission. The economic sabotage should include bridges, grid lines, electric dams, old lines, markets, government offices and SCDP[11] tanks." Based upon information and belief, I believe CHUNGAG's reference to "goodies" refers to weapons and explosives.

---

[11] Based on my investigation, I know that "SCDP", or the Société Camerounaise des Dépôts Pétroliers (Cameroon

17

44.    On December 13, 2022, CHUNGAG, advised 10 members in a group chat titled "Intel/Ops," on the benefits of using IEDs:

Go go go, the IED is the way, as the only way to mount pressure to LRC. A good quantify of fertilizer, diesel fuel and hydrogen cyanide is the way to bring LRC down. That's the lesson I learned from counter intelligence and non-state actors in Salt Lake City Utah today.[12]

45.    On December 19, 2022, in reference to a proposed ceasefire between the ADF and the LRC, CHUNGAG advised the "Intel/Ops" group chat on how the ADF could strategically use a ceasefire period to its advantage: "…we can use this period of ceasefire to stockpile while at the same time harnessing our research on IEDs. The only way we can psychologically defeat LRC is fierce IEDs attacks sporadically in their sphere of influence and other soft targets under their control."

46.    In the days following, in the "War Coordination Council" group chat, CHUNGAG supported the disguising of ADF forces as LRC military to carry out operations targeting civilians:

December 24, 2022 – CC-14: "We have to be ruthless and make sure enablers hiding among the enemies are arrested or killed if spotted in the territory. We can't allow enemies to walk free in the homeland...our forces can dress like the enemy forces and carry operations if necessary."

December 27, 2022 – CC-15: "Let's escalate intelligently, they burn villagers, homes, we burn food, and food exporting trucks, then their institutions, tax offices, executive offices, commercial produce, cocoa, coffee, palm oil, rubber. They harass or arrest our citizens, we go after theirs in our land and if it continues we take it to them in their shithole."

December 27, 2022 – CC-14: "We can equally burnt lrc citizens home and blame on the military. dress in lrc military outfits and set fire on their houses in ambazonia."

December 27, 2022 – CHUNGAG: "Good idea."

---

Petroleum Depots Company), refers to the government-run company responsible for the storage and distribution of petroleum products in Cameroon.

[12] U.S. Army records indicate that CHUNGAG attended an Antiterrorism Officer training in Ogden, Utah from December 16-17, 2022.

18

47.     In the "War Coordination Council" group chat, on July 16, 2023, Kuah sent the following message: "Ambazonia has responded to the targeting of its civilian citizens." Immediately after that message, Kuah posted a video clip depicting what appeared to be civilians lying dead on a busy street. The narrator in the video counted 10 bodies out loud as he panned the camera across each body. In response, CHUNGAG sent the following message: "DefChair not clear. Put more fuel for us to celebrate…write something. Please I still don't understand for I see a group of boys on the ground thank you." In response to CHUNGAG's message, Kuah sent the following: "It seems Ambazonia has finally been pushed until they are now following the Old Testament: an eye for an eye a tooth for a tooth. This seems as if it is reciprocity for the genocide against Ambazonia. Does not look like black legs,[13] but reciprocity."

48.     On or about March 27, 2023, CHUNGAG was transferred to Fort Belvoir, where he worked as a Critical Care Nurse at the on-base community hospital. During this time, CHUNGAG lived in Alexandria, Virginia. Both Alexandria and Fort Belvoir are located within the Eastern District of Virginia.

49.     On January 1, 2024, in the same group chat, CHUNGAG pledged his allegiance to the ADF in the following message: "Today January 01, 2024, I pledge my solemn loyalty to the ADF/AgovC to its commitment to the Federal Republic of Ambazonia. I commit my allegiance to freedom of the people of Ambazonia. To increase my contribution until freedom and independence is achieved. So help me God. KC."

50.     On February 9, 2024, in discussing the case of a Cameroonian Senator who was kidnapped by ADF militants and ultimately released, CHUNGAG expressed his support of the

---

[13] Based on my training and experience, I know that the term "black legs" is used by ADF members to describe individuals the ADF believes to be spies or collaborators working with the LRC.

targeting of Cameroonian political officials: "I would have been the happiest to see the [District Officer] and [Senator] Mundi[14] in the ranks of those being executed. High targets are a duty call for justice and a just end of the occupation of Ambazonia."

### ADF Leadership Tasked CHUNGAG to Command a Special Forces Group in the Meme Division of the Southwest Region

51.     On June 15, 2023, the self-identified Deputy Defense Chair of the ADF first introduced Epasamoto as a special project in an eight-person group chat titled "Meme Special Commandos (Akamantso)," which included CC-1, Kuah, and other senior leaders of the ADF:

> Greetings Mr. President, Defense chairman, and senior comrades. This forum created is for a special project to boost ADF in Meme and to launch a special unit of the Akamantso by October 1, 2023. I want us to share ideas, the little finances we can to make the project be successful and to track every stage of progress made. We will not overpopulate this forum, however, we can identify key comrades who can add value to what we are doing.

52.     On June 27, 2023, CHUNGAG introduced himself as the leader of the Epasamoto unit in the group chat:

> Good morning…as the coordinator of the US mission to Meme and in future the Southern Zone…I am very optimistic that meme will stand the test, firm, strong and committed to the course of a free homeland. Let me know the best time to reach you. For me is impossible. I work closer to the pentagon and reception denied[15].

53.     CHUNGAG further stated: "I'm also proposing the name Akamantso in the northern zone be changed in the Southern zone as the Epasamoto forces…you know name matters. Name is strategy. Name is the be all to a successful campaign. I rest my case. Suggestion and criticism are welcome." The Deputy Defense Chair responded: "I see we all have agreed to the

---

[14] Regina Mundi was a Cameroonian Senator who was kidnapped by ADF forces in April 2022. Senator Mundi was recovered after approximately one month in captivity.

[15] There is no evidence that CHUNGAG has ever worked at or "near" enough to the Pentagon for his communications to be impacted. At the time of this comment, CHUNGAG was assigned to Ft. Belvoir. Based upon information and belief, I believe CHUNGAG was embellishing his military activities to bolster his status within the ADF.

20

name 'Epasamoto'[16] as the name of the special forces in the Atlantic. So henceforth, all communications will carry the name."

54.    That same day, CHUNGAG informed the group that he was going to call a meeting, to be held via an electronic communications group call, to discuss fundraising for the "Meme campaign." CC-1, who was also a participant in the group, asked if they could attend the meeting. CHUNGAG responded: "[CC-1] the goal is an AK[17] or $1500 for anyone in this house…"

55.    CHUNGAG sent the following message, seemingly a draft for review by ADF leadership in the group chat: "*Breaking News* In synergy with the US, UK and other missions the "Epasamoto force" will officially be launched tomorrow with headquarters in Meme county. Please let's together help, support and contribute towards this project. So that Epasamoto can be the light and the future for the restoration of a free homeland. KC." CHUNGAG then made an immediate correction, changing "Meme county" to "Meme state." In response, CC-1 added a correction, changing "Meme state" to "Meme State."

56.    A review of the messages on Kuah's phone reveals CHUNGAG's attempts to galvanize support for Epasamoto within the ADF community.

    a.    On June 28, 2023, in a group chat titled "War Coordination Council," which consisted of 34 participants, including CHUNGAG, Kuah, and other senior leaders of the ADF, CHUNGAG wrote: "By October 1st the Epasamoto force should be commissioned with the task of a free Meme state and the entire Atlantic." He then tried to recruit personnel with the following post:

        "*JOB OPPORTUNITIES* We are in need of an outreach person to talk and defend the new Elite unit at Meme State known as Epasamoto. Interested candidates are welcome. A good knowledge of the origin and history of EPASAMOTO will be an added advantage for consideration."

---

[16] Furthermore, in a group chat made up of ADF members, including KUAH, CC-1, CC-4, and CC-5, among others, CHUNGAG advocated for the name "Epasamoto" on June 27, 2023, because "EPASAMOTO means god. The Lord is with us. Trust me, it will strategize our modus operandi for success as a task force to defeat LRC."

[17] Based on my training and experience, I know that the term "AK" is a commonly used abbreviation for an AK-47 assault rifle.

b.    On July 20, 2023, CHUNGAG sent the following message to the same group chat: "Dear Comrades in South Africa. Let's use this momentum to talk about ELITE Brigade in the Atlantic Region the EPASAMOTO. Please I'm requesting permission to galvanize support from South Africa. Let me know what you think? KC."

c.    On July 30, 2023, in a group chat titled "Atlantic Project USA Mission" consisting of 25 members discussing the group's financial strategy, CHUNGAG stated: "I [am] the coordinator of the US for the Epasamoto special force. I didn't attend the fundraising yesterday because I know the US mission has adopted and pledged their loyal under article 1 sub 1 of the loyalty will of the freedom caucus."

***CHUNGAG Conspired to Provide Financial Support Through Over $7500 in Payments to the ADF Treasurer and Known ADF Fundraising Accounts***

57.    On December 7, 2020, CHUNGAG sent CC-11 the following private electronic communications message: "Could you please send to me the method of payment of the war council stabilization fund. Thanks." Approximately one hour later, CHUNGAG sent another message, which included a screenshot of a domestic money transfer application receipt indicating a $250 payment from CHUNGAG to the "Ambaland" account, accompanied by the following text: "No late fee for defense stabilization Fund."

58.    Later that same day, CC-11 sent a PDF to CHUNGAG. The PDF is on letterhead bearing the title "The War Council", and thanked CHUNGAG for his $250 donation, highlighting that it will be "immediately channeled to the ground as we acquire more material for the Stabilization of our forces as we enter the final stage." The letter is signed by KUAH, who listed the following title: "Chairman, The War Council, Ambazonia Defense Forces."

59.    A review of legal returns obtained from a domestic money transfer application company confirms that on December 7, 2020, CHUNGAG sent $250 via a domestic money transfer application to a recipient bearing the name "Ambaland." The legal returns further revealed

22

that the "Ambaland" domestic money transfer application account was opened and operated by OMBAKU.

60.    On February 24, 2021, CHUNGAG posted a message to the DEFCHAIR group promoting "Mami Api's[18] RPG[19] Campaign," which sought to raise money for the purchase of RPGs for ADF fighters in the field. CHUNGAG's message states:

> To all fine comrades. There is the Mami API RPG campaign going on now, for the next 90 days. The goal is to deliver 10 RPGs in Ground Zero. Secure your space and make a name for yourself and family with a minimum contribution of $1000*. Google RPG and see for yourself how quickly the war will come to an end with your place in the Southern Cameroon museum.

61.    On March 12, 2021, CHUNGAG sent $100 to "PK", a known ADF member, via a domestic money transfer application, in support of ADF operations in Cameroon. This transaction contained "Food CMR[20] KC" in the memo line. Additionally, on October 8, 2021, CHUNGAG sent $500 to OMBAKU via the same application, also in support of ADF operations. In both instances, CHUNGAG sent screenshots of his payments to the DEFCHAIR group as evidence of his support.

62.    On May 5, 2021, in a private electronic communications message to Kuah, CHUNGAG sent the following draft message:

> *Good day fellow comrades. For those of you who failed to join the [RPG]/Mami API campaign. Our next campaign beginning June 1st will be "Operation Pop the champagne [champagne bottle emoji]". From the definition, is to develop more sophisticated method and technology of bomb making throughout Ground Zero.* *Please join us for $500 beginning June 1 to July 15. This is a 6 weeks campaign. This raining season should be deathly for all LRC agents throughout our national territory*

---

[18] Based on my training and experience, I know Mami Api is a presently unidentified AGovC/ADF member.

[19] Based on my training and experience, I understand "RPGs" here to stand for rocket propelled grenades.

[20] Based on my training and experience, I know that AGovC/ADF members often refer to each other as "Comrade", which is often shortened to "Cmr" when written.

63.    CHUNGAG then immediately sent two additional messages to Kuah, stating: "Think about it and respond to me please…whether this is a good idea before I publish for all those in support. You know on the military we respect hierarchy and chain of command."

64.    Legal returns provided by a domestic money transfer application company revealed that from January 10, 2020, to October 7, 2022, CHUNGAG sent 28 payments to OMBAKU via the application, totaling $4,550, including $100 paid approximately every month.

65.    On January 27, 2023, in a group chat titled "OP Shake Shake No Dey", consisting of 14 members, CHUNGAG sent a screenshot to the group depicting a $500 domestic money transfer application payment he sent to CC-3. The memo associated with the payment reflected that it was a "bill." As explained to the group by CC-1, the purpose of the group chat was to facilitate a fundraising campaign in support of an operation to "…beat back LRC encroachment in the major city in Amabazonia…" CC-1 further stated that ADF leadership has "…asked for this amount of ammunition and we are here to provide it."

66.    A review of the legal returns from a domestic money transfer application company confirms CHUNGAG made a domestic money transfer application payment of $500 on January 27, 2023, to CC-3. The legal returns further reveal that on February 2, 2023, CHUNGAG made another payment to CC-11 in the amount of $300, also bearing the memo "bill."

67.    Based on my knowledge and experience with investigations involving the ADF, I know that ADF members often include a memo to financial transactions in support of ADF operations that seeks to obfuscate the actual intended purpose of the financial transaction. For example, as explained above, an analysis of CHUNGAG's participation in the "Op Shake Shake No Dey" group chat indicates his awareness that his $500 contribution was in support of ADF

24

operations. However, CHUNGAG intentionally included a memo indicating the transaction was a "bill" payment.

68.     On March 22, 2023, OMBAKU sent the following message to the group chat titled "US Fundraiser March 25", consisting of 29 members: "Greetings comrades. Saturday 25th March is our fundraiser to continue to supply our forces with what they need to send out the occupiers." In the body of the message, OMBAKU included a list of names, with a dollar amount and check mark next to each name. Number 12 on the list is "Cmr KC $200".

69.     On August 30, 2023, and after his transfer to Fort Belvoir, CHUNGAG sent a photograph to the group chat titled "War Coordination Council." The photograph appears to depict a Bank of America deposit receipt dated "8/30/2023" indicating a deposit of $2,500 into an account ending in 2469. The following was handwritten in black ink on the deposit receipt: "EPASAMOTO MEME 1 AK PAID." Chungag then sent the following message to the group:

> I bought my AK in solidarity with Epasamoto Meme Brigade.[21] I applaud each and everyone sitting in this high office to make a dollar commitment in [honor] of our men and women in the [battlefield]. This is the time. The wind of change is harboring over sub Saharan Africa and [why] not [Ambazonia].

70.     In or around May 2024, CHUNGAG seemingly became disillusioned with the ADF. On May 23, 2024, CHUNGAG sent a message to the group chat titled "War Coordination Council," in which CHUNGAG aired grievances he had with the direction and leadership of the ADF. In the message, CHUNGAG highlighted his financial contributions over the previous year, to include funding specifically for an AK-47 assault rifle. The message begins by highlighting CHUNGAG's involvement in creating the ADF online news platform, Ambazonia

---

[21] When asked during the interview at the Northern Virginia Resident Agency ("NVRA") about this message indicating CHUNGAG had purchased an AK-47, CHUNGAG responded that he did not purchase a physical AK-47. Rather, CHUNGAG said he believed that an AK-47 cost $2,500, and accordingly he provided that specific amount of money, evidenced by the above-referenced Bank of America deposit receipt, in support of the purchase of an AK-47 to be issued to a member of EpasamotoTO.

Communications Networks ("ACN"). In his message, CHUNGAG wrote: "Let me be clear as to what I have done to this body. First I was one of the pioneered members who created the TV. Even gave the name ACN. Paid for the name ACN."[22]

71.    CHUNGAG further highlighted his recent financial contributions to the ADF by stating in his message: "My account summary for 2023. I contributed $7000 to the organization including the US mission." CHUNGAG continued by amplifying his military and technical contributions: "On the military side: I bought an AK 47. Help to name Epasa-Moto, write, lobby, foster and canvas for support to make it work as a formidable force in the Savannah State."

72.    On April 9, 2024, CHUNGAG messaged OMBAKU a statement under the heading of "Resignation from the noble council." The message highlighted the reasons CHUNGAG believed he should resign from the ADF War Council. In response, OMBAKU stated, "I don't think you should resign." Your Affiant assesses that, on around this date, CHUNGAG withdrew from the ADF. During his interview with FBI agents, CHUNGAG stated that he left the ADF because he did not believe sufficient action was being taken to develop the Epasamoto forces. Additionally, CHUNGAG lamented the various personality conflicts he had with other ADF members.

### *CHUNGAG Obstructed Justice by Deleting Evidence from Cellphone*

73.    On July 25, 2024, FBI agents began collecting non-content communications data associated with CHUNGAG's electronic communications account pursuant to a Pen Register/Trap and Trace Order ("PRTT"). Analysis of the PRTT data revealed that CHUNGAG was in group chats with CC-1 and had sent and received multiple messages to or from CC-1. Additionally,

---

[22] Legal returns from a domestic money transfer application reveal that on July 24, 2020, CHUNGAG sent $1000 via the application to an unknown recipient with the memo "ACN", which is the acronym for the Ambazonia Communications Networks, described further below.

26

CHUNGAG was shown to be a participant in three other group chats that contained CC-1, Kuah, and multiple other subjects of ongoing FBI investigations into the ADF.

74.     On September 25, 2024, the FBI first contacted CHUNGAG and asked whether he was willing to be interviewed in relation to an ongoing FBI investigation. CHUNGAG agreed to come to the FBI the next day, on September 26, 2024. Records from OMBAKU's phone show that on September 25, 2024, CHUNGAG sent OMBAKU a screenshot of a text message he received from an FBI Special Agent confirming CHUNGAG's scheduled interview with FBI Agents at the Northern Virginia Resident Agency ("NVRA") the following day. Accompanying the screenshot is the following message: "I have been summoned to meet the with the FBI tomorrow. Reason unknown." In response, OMBAKU said, "Wow. What is going on?" Shortly thereafter CHUNGAG began a voice call with OMBAKU.

75.     On September 26, 2024, CHUNGAG arrived for his voluntary interview with FBI agents at the FBI NVRA located in Manassas, Virginia. After the agents executed their previously-obtained search warrant for CHUNGAG's cellphone, he agreed to sit down for an interview. During the interview, CHUNGAG originally stated that he did not have any affiliation with the ADF, but only the AGovC, specifically because he was precluded from associating with the ADF due to his position with the U.S. Army. He initially claimed to only be a sympathizer of the cause and that he wanted to assist with the humanitarian crisis, not the violence. Only after being confronted by FBI agents with evidence of his involvement with the ADF did CHUNGAG slowly admit to his affiliation with the organization.

76.     CHUNGAG initially stated that he knew that CC-1 and Kuah were the leaders of the movement and stated that any support he provided to ADF operations was at the direct request of Kuah. While CHUNGAG admitted to providing financial support to various fundraising

27

campaigns in support of ADF operations, CHUNGAG stated that he did not advocate for killing or violence in the name of the ADF. During that interview, CHUNGAG stated that he was tasked by ADF leadership to help create a specialized ADF unit that would be charged with occupying the Meme Division in Cameroon. The new ADF unit would be called the "Epasamoto Special Force". CHUNGAG explained that the function of Epasamoto would be to occupy the identified territory in Meme Division, and then to exploit the resources of that territory to fund ADF operations, thereby mitigating the need for ADF-wide fundraisers.

77.    As mentioned above, during CHUNGAG's September 26, 2024, interview at the NVRA, FBI agents seized his cellphone pursuant to a search warrant. CHUNGAG voluntarily provided the passcode to his phone. During the interview, FBI agents began to review the contents of his phone. Upon review, agents observed contact information for CC-1, Kuah, OMBAKU, and others believed to be affiliated with the ADF. However, upon closer inspection, agents noticed that there was no observable record of current or historical communications between CHUNGAG and CC-1, Kuah, or OMBAKU on the phone.

78.    Accordingly, the interviewing agents asked CHUNGAG if he had deleted any communications from his phone. CHUNGAG admitted that he had deleted communications with CC-1, Kuah, and OMBAKU and that he had done so in the less than 24-hour time span between the time he was initially contacted by the FBI requesting an interview and showing up to the NVRA for an interview the following day. When asked why he deleted the communications, CHUNGAG stated that he deleted the communications because he was nervous about coming to speak to the FBI.

79.    A comparison of data found on Kuah's phone, recovered on September 24, 2024, and CHUNGAG's phone revealed that none of the group chats referenced above were present on

28

CHUNGAG's phone. For instance, there was no evidence on CHUNGAG's mobile phone of the group chats titled "DEFCHAIR Advisory Council," "Intel/Ops," "War Coordination Council," or "Operational Mapping," despite the presence of evidence on Kuah's mobile phone that CHUNGAG was an active participant in those groups.

80.    In total, none of the 14 group chats that CHUNGAG appeared in on Kuah's device were present on CHUNGAG's device. Additionally, 344 bidirectional messages between CHUNGAG and Kuah from July 14, 2020, to May 7, 2024, that were present on Kuah's phone were not found on CHUNGAG's device. FBI agents confirmed that the contact listed as "KC KC" on Kuah's phone was in fact CHUNGAG's phone number that was associated with his seized cellphone.

81.    Moreover, a review of OMBAKU's phone, seized pursuant to search warrant on July 9, 2025, revealed thousands of direct messages on a particular electronic communications platform between CHUNGAG and OMBAKU dating back to May 2020. However, upon review of CHUNGAG's device, all messages with OMBAKU from the same platform had been deleted. Accordingly, all messages quoted above were taken from Kuah or OMBAKU's phone, and not CHUNGAG's phone, as he admitted to having wiped communications from the platform on the device apparently relating to the AGovC and the ADF.

## MERCY OMBAKU CONSPIRED WITH ADF LEADERSHIP TO PROVIDE MATERIAL SUPPORT TO ADF FIGHTERS TO INJURE, KILL, AND KIDNAP CIVILIANS

82.    OMBAKU is 38 years-old, was born in Cameroon, and became a naturalized U.S. citizen in 2019. OMBAKU lives in New Carrollton, Maryland, and works as a home healthcare aide.

83.    An examination of evidence obtained through this investigation reveals that from approximately January 2020 until at least July 9, 2025, OMBAKU managed accounting,

29

fundraising, and the transfer of funds from the United States and elsewhere to Cameroon, and other international locations, on behalf of the AGovC and ADF to, among other things, facilitate the purchase of weapons and fund attacks by ADF fighters on Cameroonian civilians.

84.     While OMBAKU's official role was Treasurer of the U.S. Mission of the AGovC, the evidence shows she also knowingly assisted ADF's violent uprising through her provision of financial services. Additionally, OMBAKU often appeared to manage the finances of the ADF/AGovC at large, not just those of the U.S. Mission. To illustrate this point, in private communications with AGovC President CC-1 on November 2, 2023, CC-1 referred to OMBAKU as "Madame Treasurer" and asked OMBAKU to take over the entire Finance Department. OMBAKU ultimately denied the request, stating that the Finance Department is only made up of herself, CC-2, and CC-3, and that she needed more help.

85.     As part of her duties as Treasurer, OMBAKU was responsible for collecting, distributing, and accounting of finances in support of AGovC/ADF operations and fundraising. To accomplish these goals, OMBAKU would receive funds from hundreds of donors into various financial accounts, disperse funds through those accounts to ADF members both overseas and domestic, and maintain ledgers to account for the contributions of ADF members, regardless of whether those contributions were received directly by OMBAKU. OMBAKU would also provide receipts and acknowledge contributions made by ADF donors both within the U.S. and abroad. In this role, OMBAKU used mobile domestic money transfer applications to receive and collect financial donations from individuals across the United States, as well as store these funds into her own bank accounts, and would then forward the funds to the desired recipients. Thereafter, she would utilize an existing network of individuals in the United States and abroad to transfer that money to Cameroon, if she did not transfer the money abroad herself.

86.     On July 9, 2025, the FBI executed a search warrant on OMBAKU's residence and cellphone. OMBAKU consented to a voluntary interview with FBI agents immediately following the execution of the search warrant. When FBI agents seized OMBAKU's cellphone, she voluntarily provided the passcode. During the voluntary interview, OMBAKU readily admitted to her role as the elected Treasurer of the U.S. Mission of the AGovC.  OMBAKU further admitted that as part of her regular duties she would collect and manage monthly membership dues for the AGovC, as well as actively solicit money for various AGovC fundraisers.

87.     However, throughout the interview, OMBAKU insisted that she did not have any affiliation with the ADF, and furthermore, that the support she provided came solely in the form of money raised for humanitarian purposes.[23] OMBAKU repeatedly stated that she never purchased, facilitated the purchase, or raised funds for the purchase of any firearms or weapons to be used by the ADF.

### *OMBAKU Conspired to Provide Financial Support by Gathering Money Domestically and Facilitating Its Transfer Overseas*

88.     Analysis of legal returns associated with OMBAKU's financial accounts, as well as information gleaned from the review of communications found on OMBAKU and Kuah's phones, reveal that OMBAKU aggregated funds from many contributors, which were then sent to other individuals affiliated with ADF fundraising efforts, as well as directly to individuals in Cameroon and Nigeria. In addition to the financial analyses highlighted below, evidence seized from OMBAKU's residence also supports the notion that OMBAKU conspired to provide financial support. Specifically, in addition to hundreds of Ambazonian flag lapel pins, FBI agents recovered handwritten ledgers detailing accounting associated with "fundraisers", "monthly dues",

---

[23] Based on my training and experience, it appears the AGovC/ADF did, in fact, engage in some humanitarian-focused fundraisers as well. However, the fundraising campaigns highlighted in this affidavit related to weapons and fighters.

31

and funds set aside for "feeding soldiers".

89.    Legal returns from two different domestic money transfer applications show that for the period from January 2018 to June 2024, a total of $524,598 was received in accounts controlled by OMBAKU through transactions with over 400 users of the two applications. Included in those transactions were $5,780 in payments from Kuah, and $8,682 in payments received from Kuah's co-defendant, Pascal Wongbi.

90.    Many of the above-referenced transactions have associated memos related to ADF fundraising efforts, including but not limited to: "Operation 100,000 Bullets," "widow maker Fundraiser," and "Operation TakeOver." Furthermore, there are over 100 transaction memos that reference monthly membership dues, which is something AGovC and ADF leadership required. Additionally, in March 2022, $1,400 was received in OMBAKU's account on a domestic money transfer application that made specific reference to a bullet fundraising campaign.

91.    Of the $524,598 received by OMBAKU in a five-and-a-half-year span, $348,567 was sent by OMBAKU to other users of two different domestic money transfer applications over the same period – January 2018 to June 2024. Additionally, legal returns demonstrate that between July 2020 and August 2024, OMBAKU used an international money transfer application to send $110,749 to overseas recipients. Of the 131 total recipients, 117 were located in Cameroon, 12 were located in Nigeria, and one each was located in Uganda and Ghana.

92.    As an example of OMBAKU's international movement of monies, on November 23, 2023, CC-5, who is saved in OMBAKU's phone as "SG/ADF", sent OMBAKU a voice memo requesting "70,000 Amba"—the equivalent of approximately $124[24]—for an "operation"

---

[24] I know that the ADF often use the term "Amba" to refer to Central African Francs, which is a currency used by 14 countries in Africa, including Cameroon. Conversion according to https://www.xe.com/en-us/currencyconverter/convert/?Amount=1&From=XOF&To=USD

in Victoria[25]. Based on my investigation, I know that CC-5 is a South-Africa based ADF member often referred to as the "Secretary General" or "SG." CC-5 further requested that OMBAKU send the money to CC-7 and provided a Cameroonian-based phone number. CC-5 also sent a document, on letterhead bearing "ADF Finance/Logistics Department", titled "Urgent Requisition for Operation in Victoria." In response to the voice memo, OMBAKU initiated a two-minute voice call with CC-5.

93.    Following the voice call, CC-5 forwarded three voice memos to OMBAKU, one of which discusses the making of a "petrol bomb" for use in the operation. In response, OMBAKU sent a screenshot of a $177.58 payment sent to CC-7 via the Cameroonian phone number provided. CC-5 responded, "Thank you." Legal returns corroborate that on November 23, 2023, OMBAKU used an international money transfer application to transfer $177.58 to CC-7. The number associated with CC-7 in the returns was the same Cameroonian phone number provided by CC-5. The returns further indicate that CC-7 was in Cameroon at the time of the transaction.

94.    Similarly, on July 13, 2024, CC-5 forwarded a picture of a handwritten page in a notebook. Written at the top of the page is "Manyu[26] Special Forces of ADF aka Universal 5". Immediately following this message, CC-5 forwarded another message, with a name and phone number associated with CC-8. Contemporaneous to receiving these messages from CC-5, OMBAKU corresponded with CC-9, a close associate of OMBAKU, who also facilitates international money transfers on OMBAKU's behalf. On the same day, OMBAKU sent CC-9 a message requesting that they send funds to CC-8 at the phone number provided by CC-5. OMBAKU then immediately sent CC-9 the following message: "I have sent $400. Send it to this

---

[25] Based on my training and experience, I know that Victoria is the Anglophone name for Limbe, a town and port in Southwestern Cameroon.

[26] Based on my investigation, I know that Manyu is a division in Southwest Region.

number". In response, CC-9 sent OMBAKU a screenshot verifying a payment of 249,200 FCFA[27]—the equivalent of approximately $440[28]—to CC-8 at the Cameroonian phone number provided. OMBAKU then forwarded the screenshot received from CC-9 to CC-5, to which CC-5 responded, "Thank you".

95.     Similarly, OMBAKU regularly communicated with CC-3, who is saved in OMBAKU's phone as "Iron Lady AGOVC". On March 17, 2024, OMBAKU forwarded CC-3 the following message: "Good morning all @God Is Faithful we have 3 cartoons of dynamite around the Bui axis. This cost 300.000 amba per cartoon. It will serve Bui and Mezam[29]. I have transferred 500.00 from the Liberation Tax[30] to CC-10 to secure. We owe 400.000. Kindly transfer 500.000 from this project to the Liberation Tax account and see how we complete the rest."

96.     OMBAKU then forwarded CC-3 a picture of orange bundles of what appears to be dynamite[31]. The following shows the picture transmitted from OMBAKU to CC-3:

---

[27] Based on my investigation, I know that "FCFA" is a common acronym for the West African and Central African Franc.

[28] Conversion according to https://www.xe.com/en-us/currencyconverter/convert/?Amount=1&From=XOF&To=USD

[29] Based on my investigation, I know that Bui and Mezam are divisions of Northwest Region.

[30] Based on my training and experience, I know that the Liberation Tax is the brainchild of CC-1, and is imposed by the AGovC/ADF on all Ambazonians, whether in Cameroon or other locations around the world. In Cameroon, the ADF imposes the Liberation Tax by harassing and imprisoning civilians who do not pay. The stated purpose of the Liberation Tax is to raise money for weapons, ammunition, and supplies in support of AGovC/ADF operations.

[31] Based on my training and experience, I know that dynamite is often commercially packaged in tubular/cylindrical bundles. Sometimes these bundles are orange, white, or other colors.

34



97.     Additionally, on March 19, 2024, OMBAKU facilitated a payment for dynamite on behalf of CC-3 based on an agreed-upon exchange rate. After confirming the exchange rate with CC-9, OMBAKU instructed CC-3 to send CC-9 the money to be transferred overseas. Legal returns reveal that on March 19, 2024, CC-3 sent CC-9 $800 via a domestic money transfer application. On March 19, 2024, CC-9 sent OMBAKU a screenshot confirming the money was sent to Cameroon. OMBAKU then forwarded the screenshot to CC-3. In response, CC-3 wrote, "Thank you".

### *OMBAKU Conspired to Provide Support in Her Role as Treasurer*

98.     OMBAKU knew she was offering financial services and herself as personnel to the

35

ADF's mission to kill others in Cameroon. As an example, in an exchange with AGovC President CC-1 on February 5, 2023, OMBAKU asked for more meetings in the "AK forum"[32] group chat. The President responded: "We don't only need meetings but we need to continue to campaign and mobilise for funds. War is continuous. Finance should understand that they fund this war and they need to be aggressive inside the AK forum. Finance is missing in public and even in private spaces."

99.    In addition to being involved in the procurement of weapons, OMBAKU also sent money to commanders fighting on the ground in Cameroon. As one example, on September 7, 2023, CC-4 and OMBAKU exchanged videos depicting what appears to be combat operations conducted by ADF fighters in Cameroon. CC-4 is a U.S.-based ADF member who has played an integral role planning and supporting ADF operations in Donga-Mantung Department in the Northwest Region of Cameroon. Then, on September 18, 2023, CC-4 sent OMBAKU the mobile money account information of CC-20, the on-the-ground ADF "Brigadier General" who led fighting within Donga-Mantung. In response, OMBAKU sent a screenshot of a $123.81 payment sent to the referenced account. CC-4 then forwarded OMBAKU a voice memo with the text, "From Commander [CC-20], they received your support". In the voice memo, an individual purporting to be CC-20 thanked OMBAKU by name for her support.

100.    Legal returns from an international money transfer application confirm that on September 18, 2023, OMBAKU sent the referenced account $123.81. The return further confirms the recipient was located in Cameroon when the funds were received, and that OMBAKU was in the U.S. To create an account on the application, OMBAKU had to provide basic identifying

---

[32] Based on my investigation, I believe the "AK forum" reference was referring to another platform/online message board, the purpose of which was to raise funds for AK-47s.

information. In addition to providing her known email address and phone number, OMBAKU provided pictures of the front and back of her Maryland Driver's License.

101. On January 4, 2024, CC-4 forwarded OMBAKU a screenshot of a social media post made by the Ambazonia Communication Network ("ACN"): "BREAKING NEWS: ADF strikes in Operation Wind Breaker. LRC suffers several casualties. Details soon says War Council." ACN TV is a news network, based on social media platforms, that aims to "[i]nform, [e]ducate, [i]nspire, and [l]iberate" and claims to be the "authoritative live TV channel in Ambazonia." On January 5, 2024, Kuah sent a message to a group chat that included CHUNGAG, CC-4, and others, thanking CC-20 for the successful execution of the previously mentioned Operation Wind Breaker within Donga-Mantung.

102. On January 5, 2024, CC-4 forwarded OMBAKU a video of what appears to be ADF fighters walking through a village, followed by a message, "For your eyes only, for now". OMBAKU replied with a sticker that says, "Presidential Respect". They then have the following exchange:

- CC-4: "The other videos might have been too graphic to share"

- OMBAKU: "Which one" and "GPA paid $500"

- CC-4: "GRAPHIC" – then forwards a video of what appears to be a dead body in civilian clothes with a significant head wound, with armed fighters going through the deceased man's pockets.

- OMBAKU: "Please acknowledge in the forum" and, in a direct reply to the video of the dead man, she wrote "Good job".

103. Additionally, on April 29, 2024, OMBAKU forwarded the following message to CC-4, the same U.S.-based Donga-Mantung operations coordinator, in relation to the procurement of supplies and weapons, including flame throwers, sniper scopes, radios and medical supplies:

37





104.    OMBAKU then forwarded CC-4 a picture of what appears to be two AK-47s:



105.    On February 28, 2025, CC-4 forwarded OMBAKU a message with two names and Cameroonian phone numbers. CC-4 also wrote, "About the stick situation in Donga". This message is followed by a 25-minute voice call initiated by OMBAKU with CC-4. OMBAKU then sent screenshots of payments made to the individuals originally referenced by CC-4.

106.    The following day, on March 1, 2025, CC-4 sent OMBAKU a 34-second video of a male holding what appears to be an AK-47 assault rifle, followed by a message stating, "Here is

40

the stick", followed by a sticker of CC-1 saluting. OMBAKU replied, "Bravo".



107.    In addition to facilitating the purchase/procurement of weapons and supplies in support of ADF attacks, OMBAKU's private communications reveal her support for ADF campaigns against civilian and non-military government officials in Cameroon. For example, on November 26, 2023, during a one-on-one electronic communications conversation with CC-4, OMBAKU sent CC-4 a screenshot of a social media post that included a photograph of a shirtless man with his arms bound behind his back. The following text accompanied the photograph: "The Most Fruitful Month since a serious #manhunt for #Blacklegs, #Traitors and #State_collaborators of the regime LRC was declared. Blacklegs wuna go see smoke an [fire emoji]".

41

108.    Similarly, OMBAKU had an exchange with CC-1 on May 5, 2024, in which she provided on-the-ground intelligence regarding the location, security, and movement patterns of a Government of Cameroon District Officer. In addition to providing the official's name and phone number, OMBAKU also stated the following:

- OMBAKU: "If u need any info I can gather it for you"

- CC-1: "Ok" / [voice note from CC-1 – discusses how he set up a working group for this guy, and asks what other intelligence we have on this guy.]

- OMBAKU: "Ok, let me call and find out" / "That for now, he leaves at the DO's office. Because his residence was burnt down. He has partitioned the office, and that is where he stays with the military." / "I learned that for now, he doesn't go out. Only his military does. And he doesn't have more than 10" / "His office is on top of a hill, and he has cut all the trees around." / "He has also planted solar panels around to have constant light supply."

- CC-1: "We need to monitor him when he gets out of the fortress"

- OMBAKU: "We need someone to help us monitor him closely."

- CC-1: "we need to find someone"

- OMBAKU: "The commander in Njikwa[33] is call Danger, and he is in communication with Dad and sumanguru." / "The last time I spoke with Dad, he has little Intel about the DO." / "Yes"

109.    Additionally, OMBAKU was a participant in a group chat titled "Liberation Governing Council." The group chat consisted of 35 members, including but not limited to Kuah, Wongbi, CC-1, CC-2, CC-3, CC-4, CC-11, and CC-15. On May 16, 2024, a user forwarded a message to the group that stated, "black leg buried in Guzang by Amba boys." Immediately following this message, the user forwarded a video that showed an unarmed man, dressed in civilian clothes sitting in what appears to be a grave. This man is alive and moving and then given

---

[33] Njikwa is a town in Momo Division, Northwest Cameroon. Based on my training and experience, I know that "sumanguru" is an ADF General operating in Momo Division, and that "Danger" is an ADF commander operating in Njikwa.

42

directions by the apparent captors to roll onto his stomach and to not look at the captors. One of the captors then comes into view of the video and is holding a pistol. This captor shoots the man in the grave in the back. The unarmed man does not move after being shot. Then additional captors begin to shovel dirt onto the man. OMBAKU's most recent participation in the group chat was two days prior, on May 14, 2024, requesting funds in support of ADF's efforts. The following are screenshots taken from the video (images pixelated by your Affiant):



***OMBAKU Conspired to Provide Support by Leading Fundraisers and Collecting Donations***

110.    OMBAKU did not simply move money around, but she was often tasked with accounting for funds, and for leading fundraising campaigns, including for the procurement of explosives. She further kept track of donations, to include those who were delinquent in their contributions, and she received payments in support of these various fundraising campaigns.

111.    On June 10, 2025, OMBAKU sent a message to KUAH, with the header "Operation fufu June to July 2025 Small fufu $200, Big fufu $400". Based on my training and experience, I

43

know that "fufu" is a coded term used by the ADF to describe packages of dynamite and other explosives. Underneath the header was a list of ten names, including "DefChair" and "Cmr Mercy", with what appears to be pledges of either $400 or $200 dollars for "big fufu" or "small fufu" beside each name listed. OMBAKU then sent the following message, "Please make me an admin", which based on my knowledge of the electronic communications platform would give OMBAKU certain control over the group chat.

112.    Additionally, on June 20, 2025, Kuah messaged OMBAKU: "Just sent $200 for my pops. Note that I am committed to $200 each month to the end of the year." The next day, OMBAKU responded: "Thank you".

113.    Kuah then requested that OMBAKU, whom he referred to at times as Original, acknowledge and make account of the $800 CC-4 sent for ammunition:

44



114.    OMBAKU's communications with CC-4 provide multiple examples of her role in collecting for fundraisers. The first private message between the two seen below is a screenshot sent by CC-4 to OMBAKU on June 25, 2022, of a $150 payment sent to the

---

[34] Based on my training and experience, I know that 1) "Pa Donga" is a reference to CC-4, who again is the operational leader for the ADF in the Donga-Mantung Department; 2) know that Kuah's cellular phone number is saved in OMBAKU's cellphone as "BenK"; and 3) I know that ADF members often refer to ammunition as "seeds", as well as "groundnuts" and "gnuts".

45

$mercyakwi account on a domestic money transfer application. Based on a review of legal process, your Affiant has determined that the $mercyakwi account belongs to OMBAKU. As shown in the photograph of the message below, the screenshot from CC-4 is in response to a fundraiser highlighted in a group chat called "AGovC/ADF USA Mission":



115.    On September 19, 2022, CC-4 sent a screenshot of a $1000 payment to the $gloriousland account on a domestic money transfer application with the included message: "1st of 200K and 40K Project". Although the $gloriousland account had been initially set up by Kuah's family member, it was later tied to OMBAKU through her email address and linked just to her personal bank account. Further, legal returns from the domestic money transfer

46

application showed IP returns to the location where OMBAKU is believed to reside, confirming that she had at least partial control over the $gloriousland account. On September 22, 2022, CC-4 sent another screenshot of a $1000 payment to the $gloriousland account with the message, "2nd of 200 AK 40K Project". On October 7, 2022, CC-4 sent a $500 payment to the $gloriousland account with the message, "Contribution towards the seeds for 40K project part".

 

116.    In relation to this campaign, in October 2022, Kuah used social media to announce the launch of "Operation 200AKs" fundraiser, a campaign designed to raise funds to provide fighters in Cameroon with AK-47 assault rifles. On October 17, 2022, Kuah promoted the fundraising campaign in a video posted to the ACN YouTube channel while requesting donations.

117.    The video instructed that donations would be accepted via "The Takeover Fund" website, the $gloriousland account on a domestic money transfer application, or a separate account on another domestic money transfer application. On the website, an image relating to the fundraiser

was posted as seen below:



118.    On October 26, 2022, OMBAKU sent CC-4 a "thank you" letter, on AGovC letterhead, acknowledging CC-4's contribution to the 200AK 40K seeds project. Based on my investigation, I know that 40K seeds refers to 40,000 rounds of ammunition.

48



## CHUNGAG AND OMBAKU CONSPIRED WITH ONE ANOTHER TO PROVIDE MATERIAL SUPPORT TO THE EFFORT TO INJURE, KILL, AND KIDNAP CIVILIANS

119.    A review of OMBAKU's electronic communications revealed that OMBAKU's private communications with CHUNGAG, who is saved in OMBAKU's phone as "Ken AGOVC," date back to 2020. As an example, on May 14, 2020, CHUNGAG sent the following

49

to OMBAKU, "You know I'm in the military and have fought 2 wars[35] and also being a student of history and also taught history in Sasse college. I have never and ever seen this level of division, embezzlement and friendly killing in our own ranks." CHUNGAG continued, "I am also very disappointed with the way things are being run. Before Kugwe (division) was attacked I received the intelligence and called [CC-5] and [CC-10]. But [CC-5] was instead interrogating me. The next day Kugwe was attacked."[36]

120.    On May 16, 2020, CHUNGAG asked OMBAKU: "How did you become an ADF." In response, OMBAKU replied "[CC-21] brought me into the struggle." CHUNGAG then responded, "I like when women are into politics ok. For that I appreciate your gesture and staying strong with a good group like ADF."

121.    The next day, on May 17, 2020, CHUNGAG messaged OMBAKU, "You are a high-ranking member of ADF/AgovC of which I'm happy to know. For that I say thank you Jesus." OMBAKU replied, "Wow," followed by "Amen." On July 14, 2020, CHUNGAG asked OMBAKU for Kuah's contact information, which OMBAKU provided. On July 25, 2020, OMBAKU forwarded CHUNGAG a Zoom invite that includes the following text description: "My fellow people, Going into our meeting today, we have already raised 3100 dollars for Fako and Manyu [Departments]. [In] the past month we have injected close to 10.000 dollars in the two states. We need 45000 dollars by October 1 and we are confident to mobilise our people in the defence of these two strategic states."

122.    On January 22, 2021, CHUNGAG sent OMBAKU a screenshot of a $100 payment

---

[35] As noted above, upon information and belief, your Affiant believes that CHUNGAG never served in any war zone, in fact, his personnel records from the Army show that he has never served in any position overseas.

[36] Kugwe is a village located in the Momo Division, Northwest Region of Cameroon. Open-source reporting indicates there was an attack, allegedly by "separatists", in April 2020:

https://mimimefoinfos.com/suspected-amba-boys-shot-dead-16-year-old-boy-in-kurogwe-village/

50

made on a domestic money transfer application to "mercy ombaku" with the handle $mercyakwi. OMBAKU responded with a gif of a woman in a military uniform saluting, accompanied with the message "Thanks so much".

123.    On February 15, 2021, CHUNGAG forwarded OMBAKU a picture that depicted the following statement: "A.D.F. THE AKAMANTSOS ON THE MOVE. READY TO DEFEND". CHUNGAG accompanied the picture with the question, "What is Akamanstos?" OMBAKU replied: "The ADF special forces that they are training".

124.    On February 16, 2021, CHUNGAG sent a screenshot of a $400 payment on a domestic money transfer application to "mercy ombaku" with the handle $mercyakwi. Accompanying the screenshot was the following message from CHUNGAG: "My family is committed to a free Southern Cameroon. KC". In response, OMBAKU sent a gif of a woman in a corset, wearing bunny ears, firing an assault rifle.

125.    On October 8, 2021, CHUNGAG sent a screenshot of a $500 payment to "mercy ombaku" with the handle $mercyakwi, with the accompanying message: "Please send this money to [CC-11]/[Kuah] thanks."[37] Of note, this is the same day that CHUNGAG was chosen as the "technical advisor" for Operation Hammer Blow by Kuah. On August 4, 2022, CHUNGAG sent OMBAKU the following message: "Question except I get it wrong. Are you the one still receiving money through [electronic communications platform] or someone else." OMBAKU responded, "My [domestic money transfer application account] was shutdown. [CC-16] is collecting and sending it to me through [another domestic money transfer application]."

126.    On October 8, 2022, CHUNGAG forwarded OMBAKU a message of a list of names underneath the following headers: "OPERATION 200AK, 40,000 BULLETS". The list

---

[37] This transaction is the same as the payment in support of Operation Hammer Blow, as referenced in paragraph 34.

51

of names includes the following: "President", "Madam Treasurer", "Defchair", "KC". On October 28, 2022, CHUNGAG and OMBAKU discussed which account to send money in support of the "Operation 200AK, 40K Bullets" campaign. OMBAKU directed CHUNGAG to send funds to a particular domestic money transfer application account affiliated with her email address.

127. On March 21, 2023, CHUNGAG asked OMBAKU, "Good evening Mercy. Is your [particular domestic money transfer application] working". OMBAKU replied by directing CHUNGAG to send funds to an account linked to a financial account in her name. CHUNGAG then informed OMBAKU, "I am about to send you $400 now. $200 for mission monthly contribution and $200 for March 25 fund raising."



128.    CHUNGAG then sent a screenshot of a domestic money transfer application payment of $400 to the referenced account.



129.    From June 28, 2023, to July 2, 2023, CHUNGAG sent OMBAKU the following message related to what appears to be the facilitation of AK-47s to the previously referenced Epasamoto Force: "Good morning please can you help us make a list of donors to the Epasamoto force. [CC-17] is the treasurer. I will be sending you the names of those who have pledged support in the next 5 hours. Thank you." CHUNGAG then forwarded OMBAKU the name and Cameroonian phone number of a person who was awaiting payment. Based on my training and experience, I know that "CC-17" is the "treasurer" for this specific operation/fundraiser, and not the official Treasurer for the AGovC or ADF.

130.    CHUNGAG then forwarded OMBAKU another message: "Let him send 1550000 frs that's the price for each of the sticks." Next, CHUNGAG forwarded the following message to OMBAKU: "Greetings Comrade KC, please can you reach out to Comrade Mercy

53

Akwi with the information, she on the call when we all agreed on what to do. Thank you." According to open-source exchange rate data, as of July 2, 2023, 1,550,000 FCFA was approximately $2,635 USD.[38]

131.    CHUNGAG then sent OMBAKU a list of names, including KUAH and "CIC", indicating that each had pledged $2500 for an AK-47. Following the list, CHUNGAG sent OMBAKU the name and phone of CC-18, asking OMBAKU if she sent the money to CC-18. OMBAKU then sent CHUNGAG two screenshots of 336,000 CFA and one screenshot of 450,000 CFA cashed to CC-18, along with the message: "The receipts. He will send $314 later." Shortly thereafter, OMBAKU forwards a screenshot of 314,000 cashed by [CC-18].

132.    The time stamps of these messages indicate that CHUNGAG sent the first messages, the name and phone number of the point of contact in Cameroon whom he wanted to receive the money, at 7:02 AM on June 29, 2023. Records obtained from the United States Army indicate that CHUNGAG worked an overnight shift at the Community Hospital at Fort Belvoir, located in Alexandria, Virginia, beginning at 7:00 PM on June 28, 2023, and ending at 7:00 AM on June 29, 2023. Accordingly, CHUNGAG was physically present in Alexandria, Virginia when he initiated this interaction with OMBAKU.

133.    Contemporaneous to this exchange with CHUNGAG, OMBAKU sent private electronic communications messages to CC-19. On June 30, 2023, OMBAKU forwarded the message shared by CHUNGAG, referencing the 1,550,000 FCFA for "sticks," and told CC-19: "I want to send this amount." On July 1 and 2, 2023, OMBAKU sent CC-19 the name and Cameroonian phone number provided by CHUNGAG, and shortly thereafter CC-19 provided screenshots of payments sent to the name and number.

---

[38] https://www.xe.com/currencyconverter/convert/

134.    Furthermore, legal process reveals that on July 2, 2023, OMBAKU sent CC-19 $2509 via a domestic money transfer application. This amount corresponds exactly to the amount calculated by CC-19 when converting FCFA to USD. OMBAKU then forwarded the receipt of payments to CHUNGAG.

135.    On October 16, 2023, CHUNGAG sent a screenshot of a $300 payment to the "Bless Day" account on a domestic money transfer application with message: "Please $100 for liberation tax. $200 for my monthly contribution." In response, OMBAKU sends a picture of what appears to be a receipt, bearing the words "Ambazonia Liberation Tax", as well as the name "KC" and the amount of $100. At the bottom of the receipt is the following: "Enforced By: Ambazonia Defense Forces".

136.    Legal returns reveal that the IP address associated with CHUNGAG's October 16, 2023, transaction place CHUNGAG in the vicinity of Fairfax, a city located in Northern Virginia. The following photograph depicts the receipt provided to CHUNGAG by OMBAKU:



55

137.    On February 1, 2024, CHUNGAG sent OMBAKU a screenshot of a $250 payment to the "Bless Day" account on a domestic money transfer application with the message: "Mercy this money is payable to operation stone cutter of [CC-4]. Thank you." OMBAKU responded with a "Presidential Respect" sticker. While the investigation has not revealed additional information regarding "operation stone cutter," based on my training and experience I know that the name "operation stone cutter" is consistent with the naming conventions used by the ADF to identify their tactical operations.

138.    Of the more than $4,000 sent by CHUNGAG to accounts controlled or recommended by OMBAKU, at least three of the payments were sent to OMBAKU while CHUNGAG was physically present in Northern Virginia:

1.    The $300 payment, of which $100 was CHUNGAG's payment of the Liberation Tax, sent by CHUNGAG on October 16, 2023, resolved to an IP address in Fairfax County, Virginia;

2.    A $400 payment sent by CHUNGAG on March 21, 2024, resolved to an IP address in Arlington, Virginia; and

3.    A $150 payment sent by CHUNGAG on April 22, 2023, resolved to an IP address in Fairfax County, Virginia.

139.    Both Fairfax and Arlington are cities located in Northern Virginia, within the jurisdiction of the Eastern District of Virginia.

140.    Additionally, as explained above, CHUNGAG conspired with OMBAKU to facilitate the transfer of money from the United States to Cameroon, with the express intent of purchasing AK-47s. The messages facilitating this portion of the conspiracy were sent by CHUNGAG while he was physically located in the vicinity of Fort Belvoir.

56

## **CONCLUSION**

141.    Based on the foregoing, I respectfully submit that there is probable cause to believe that CHUNGAG and OMBAKU did knowingly conspire, with one another and others, to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), namely, by providing personnel (to include themselves), property (including currency and monetary instruments), financial services, training, and expert advice, knowing and intending that they were to be used in preparation for and in carrying out violations of 18 U.S.C. § 956(a) (conspiracy to kill, kidnap, and maim persons in a foreign country), all in violation of 18.U.S.C. § 2339A.



Digitally signed by
Mohammed Aizaz Tareen
Date: 2026.04.06 11:45:21
-04'00'

Mohammed Aizaz Tareen
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 9, 2026.

Honorable William B. Porter
UNITED STATES MAGISTRATE JUDGE

57