IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:26-mj-102 |
| | : | |
| KENNETH CHUNGAG. | : | |

### MOTION TO CONTINUE PROBABLE CAUSE HEARING

Comes now the defendant, KENNETH CHUNGAG, by counsel, and moves this Court to continue the probable cause hearing set for April 23, 2026, to April 28, 2026, at 2:00 pm.  In support of which counsel states the following:

1.  On April 22, 2026, undersigned counsel filed a request to substitute as counsel for Mr. Kenneth Chungag.  The motion is pending.

2.  Prior to filing the request for substitution this Honorable Court had set this matter for a probable cause hearing on April 23, 2026.

3.  Undersigned counsel is unavailable to the currently set date for the probable cause hearing.

4.  After conferring with the government, counsel can be available on April 28, 2026, at 2:00 pm to conduct the probable cause hearing.

5.  The granting of this request would not prejudice any party.

6.  The granting of this request would afford Mr. Chungag access to his counsel of choice to conduct the probable cause hearing.

I ASK FOR THIS
KENNETH CHUNGAG

By counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.

1

Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for KENNETH CHUNGAG

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF this April 22, 2026.


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for KENNETH CHUNGAG