IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH ZUAMS CHUNGAG,<br><br>Defendant. | Case No. 1:26-mj-102-1 |

## **MOTION FOR AN EMERGENCY STATUS HEARING**

The United States of America, by and through undersigned counsel, respectfully moves the Court for an emergency status hearing on the afternoon of May 8, 2026.   The government submits that the bases for the hearing shall be provided at the status hearing tomorrow.   Wherefore, the United States respectfully request that the Court grant its motion, and set an emergency status hearing for the afternoon of May 8, 2026.


Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General


Date:  May 7, 2026          By:  _____/s/_____
Nicholas A. Durham
Assistant United States Attorney
NY Bar No. 4712741
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Nicholas.Durham@usdoj.gov
(O) (703) 299-3758
(F) (703) 299-3980

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_____/s/_____

Nicholas A. Durham
Assistant United States Attorney
