# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mj-102-1 |
| | ) | |
| KENNETH ZUAMS CHUNGAG | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the United States of America's Motion for an Emergency Status Hearing (Dkt. No. 24). The Motion was filed at 4:42 pm on May 7, 2026. The Motion offers no reason why there is an emergent need for a status conference and states that the "bases for the hearing shall be provided at the status hearing" and requests that the status hearing be set for the afternoon of May 8, 2026. The Motion also does not state whether counsel for the United States has conferred with defense counsel regarding his availability for a status hearing on May 8, 2026. Accordingly, it is hereby

**ORDERED** that counsel for the United States must confer with counsel for Defendant Kenneth Chungag regarding his availability for a "emergency status hearing" and then notice the status hearing for May 8, 2026 at 2:00 pm or any date between May 11 – May 15, 2026 at 2:00 pm.

**ENTERED** this 7th day of May, 2026.

_____/s/_____
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia