IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH ZUAMS CHUNGAG,<br><br>Defendant. | Case No. 1:26-mj-102-1 |

## NOTICE OF STATUS HEARING

The United States of America, by and through undersigned counsel, respectfully notices a status hearing in this matter for Monday, May 11, 2026, at 2:00 p.m. before the Honorable Lindsey R. Vaala. The government has spoken with defense counsel, Mr. Robert Jenkins, who has confirmed he is available for a status hearing on Monday at 2:00 p.m.

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

Date:  May 8, 2026                    By:  _____/s/_____
                                          Nicholas A. Durham
                                          Sehar Sabir
                                          Assistant United States Attorneys
                                          NY Bar No. 4712741
                                          United States Attorney's Office
                                          Eastern District of Virginia
                                          2100 Jamieson Avenue
                                          Alexandria, VA 22314
                                          Nicholas.Durham@usdoj.gov
                                          (O) (703) 299-3758
                                          (F) (703) 299-3980

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                   _____/s/_____

                                                   Nicholas A. Durham
                                                   Assistant United States Attorney