IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH ZUAMS CHUNGAG &<br>MERCY AKWI OMBAKU,<br><br>Defendants. | Case No. 1:26-mj-102 |

**SECOND CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

The United States of America, by and through undersigned counsel, with the consent of the two defendants through their counsel, respectfully moves the Honorable Court to extend the time to indict this case through and including July 30, 2026.   In support thereof, the government states as follows:

1.    A complaint was filed in the Eastern District of Virginia on April 9, 2026, charging the defendants with conspiracy to provide material support and resources knowing they are to be used in preparation for, or in carrying out, a violation of 18 U.S.C. § 956(a) (conspiracy to kill, kidnap, and maim persons in a foreign country), all in violation of 18 U.S.C. § 2339A.   The defendants were arrested on April 20, 2026, and made their initial appearances the same day.

2.    The Speedy Trial Act requires that a defendant be indicted within thirty days of his arrest after subtracting all excludable time, including the time any pretrial motions are pending. 18 U.S.C. § 3161(h)(1)(D).   Therefore, an estimate of the initial indictment deadline was May 20, 2026.   The government thereafter, with the consent of the defendants, moved for a first extension of the deadline to extend the time to indict to June 25, 2026, which was granted by the Court.

1

3.      The United States now requests a second, and last, extension of thirty-five (35) days to indict, thereby extending the deadline to and through July 30, 2026.   The requested extension considers the fact that this case contains a substantial amount of evidence, to include a great amount of electronic evidence, to include evidence from differing districts where similar prosecutions are being made.   Furthermore, given the discovery yet to be analyzed or released, extending the time to indict would be in the best interests of justice in that it would give defense counsel further opportunity to meet with the defendants, obtain and review discovery, and discuss a possible pre-indictment resolution of the case.

4.      Additionally, the government has been in pre-indictment negotiations with defendant Chungag, but given the nature of the charges and the need to seek approval from other DOJ entities, the approval process and negotiations have been slowed.   Additionally, the government would like to engage in pre-indictment negotiations with defendant Ombaku, but she gave birth to her child shortly after her arrest in this case, so the time she has had available with her defense counsel, and the government by extension via negotiations, has been somewhat limited.   Therefore, this extension may allow for a swifter resolution of the case as to both defendants.

5.      The parties submit that the requested continuance to July 30, 2026, would serve the ends of justice, and that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."   18 U.S.C. § 3161(h)(7)(B)(iv).   Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.

6.      The United States has advised counsel for the two defendants of the filing of this motion, and both defendants have consented to its filing and the proposed extension.

WHEREFORE, the United States requests that the time to indict this case be extended to and including July 30, 2026, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h).   A proposed order is attached to this Motion.


                                        Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General



 Date:   June 9, 2026          By:  _____/s/_____
                                        Nicholas A. Durham
                                        Sehar Sabir
                                        Assistant United States Attorneys
                                        NY Bar No. 4712741
                                        United States Attorney's Office
                                        Eastern District of Virginia
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Nicholas.Durham@usdoj.gov
                                        (O) (703) 299-3758
                                        (F) (703) 299-3980

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I filed the foregoing with the Office of the Clerk of Court electronically using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

/s/
Nicholas A. Durham
Assistant United States Attorney